836 FRANKLIN AVE. CATERING CORP., STERNBERGS, INC., and SIGH HOLDING CORPORATION, Respondents, v. BERTHA HABER and " BENJAMIN " PERRY, First Name Benjamin Fictitious, Party Intended Occupying the One-Story Extension at the Rear of the Building Owned by the Defendant BERTHA HABER, Referred to Herein, Appellants.— Order striking out third separate and distinct defense

from the answer in an action to determine plaintiffs' rights in respect to an easement and right of way and for an injunction and damages affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.